**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:96-cr-00001-HDM |
| | ) | 3:16-cv-00378-HDM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOSEPH MARTIN BAILIE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The government shall file a response to the defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF Nos. 164 & 165) on or before March 6, 2017.

IT IS SO ORDERED.

DATED: This 4th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE