UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:96-cr-00001-HDM |
| | ) | 3:16-cv-00378-HDM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOSEPH MARTIN BAILIE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant shall have to and including May 3, 2017, within which to file any reply to the government's response (ECF No. 171) to the defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF Nos. 164 & 165).

IT IS SO ORDERED.

DATED: This 3rd day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE

1