**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:96-cr-00001-HDM |
| | ) | 3:16-cv-00378-HDM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOSEPH MARTIN BAILIE, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's unopposed motion to file a first amended 28 U.S.C. § 2255 petition (ECF No. 177) is **GRANTED**. Defendant shall file his amended petition no later than October 5, 2017. Thereafter, the government shall file a response no later than November 6, 2017, and defendant shall file a reply no later than November 20, 2017.

IT IS SO ORDERED.

DATED: This 2nd day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE