UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>JOSEPH MARTIN BAILIE,<br><br>      Defendant. | Case No. 3:96-CR-0001-HDM<br><br>ORDER |

By agreement of the parties, defense counsel's letter sent on May 8, 2020, to Mark Williams, Superintendent of the Elkton Federal Correctional Institution (FCI), giving notice of Defendant Joseph Martin Bailie's request to join the subclass of medically vulnerable inmates in *Wilson v. Williams*, 4:20-CV-00794 (N.D. Ohio), also served as notice to the Warden of Elkton FCI of Mr. Bailie's request for compassionate release under 18 U.S.C. § 3582(c)(1)(A). *See* ECF No. 211.

The Court therefore finds that, no later than May 8, 2020, the Warden of Elkton FCI received appropriate notice that Mr. Bailie wanted to be considered among the individuals for whom compassionate release is appropriate, triggering a

basis for a response by the Warden within 30 days, if a response is intended, pursuant to 18 U.S.C. § 3582(c)(1)(A).

Thus, the Warden of Elkton FCI shall provide any response to Mr. Bailie's request for compassionate release on or before June 7, 2020, pursuant to 18 U.S.C. § 3582(c)(1)(A).  The government shall promptly notify the Court and counsel for Mr. Bailie if the Warden provides any response.

IT IS SO ORDERED.

DATED: This 14th day of May, 2020.

*Howard D McKibben*
United States District Judge