UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:96-cr-00001-HDM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| JOSEPH MARTIN BAILIE, | |
| Defendant. | |

The defendant has filed a supplement to his pending 28 U.S.C. § 2255 motion, and the government has filed a response. (ECF Nos. 199 & 205). The defendant has moved for leave to file a reply to the government's response to his supplement. (ECF No. 209). The defendant's motion for leave to file a reply is granted. The defendant shall detach and file his reply within five days of the date of this order. The court will consider the supplement and responses thereto as part of the pending § 2255 litigation, along with all other related filings.

IT IS SO ORDERED.

DATED: This 14th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE