UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:96-cr-00001-HDM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| JOSEPH MARTIN BAILIE, | |
| Defendant. | |

Proceedings on defendant Joseph Bailie's 28 U.S.C. § 2255 motion have been stayed pending the Ninth Circuit's decision in *United States v. Begay*, No. 14-10080, which is itself administratively closed pending decisions in the Supreme Court and the Ninth Circuit that will address whether a crime of violence may be committed with a mens rea of recklessness. On April 12, 2020, in part due to the ongoing COVID-19 epidemic, Bailie asked the court to lift the stay and for expedited consideration of his § 2255 motion. (ECF No. 199).

Following Bailie's release from custody pursuant to the court's order granting him compassionate release, Bailie on October 9, 2020, filed a report indicating that he no longer seeks expedited consideration of his § 2255 motion and instead requests that the stay of these proceedings be continued. (ECF No. 229). Bailie additionally seeks leave to amend his § 2255 motion to remove Claims Two and Three from consideration.

1

Accordingly, IT IS HEREBY ORDERED that Bailie's motion to lift stay (ECF No. 199) is DENIED.

IT IS FURTHER ORDERED that Bailie's request to amend his § 2255 motion to remove Claims Two and Three is GRANTED. Bailie shall file a second amended motion to vacate removing Claims Two and Three no later than November 30, 2020.

IT IS SO ORDERED.

DATED: This 29th day of October, 2020.

*Howard D. McKibben*

UNITED STATES DISTRICT JUDGE